**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEON J. HOWARD,**<br>**Plaintiff,** | :<br>: | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-4839** |
| | : | |
| **WELLPATH, LLC, *et al.*,**<br>**Defendants.** | :<br>: | |

**ORDER**

**AND NOW**, this 17th day of September 2026, upon consideration of Defendants Wellpath, LLC ("Wellpath"), SCI Phoenix Wellpath Medical Director Dr. Anthony Letizio, and SCI Phoenix Chief Healthcare Administrator Britney Huner's Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF Nos. 21, 27), Defendant Wellpath's Motion to Dismiss based on bankruptcy proceedings (ECF No. 16), and Plaintiff Leon Howard's Response in Opposition (ECF No. 41), and for the reasons stated in the Court's accompanying Memorandum, it is **ORDERED** that:

1. Defendant Huner's Motion to Dismiss (ECF No. 27) is **GRANTED**.

2. Defendants Wellpath and Dr. Letizio's Motion to Dismiss (ECF No. 21) is **GRANTED in part and DENIED in part** as follows:

   a. The motion to dismiss the Eighth Amendment medical indifference claim against Dr. Letizio is **DENIED**.

   b. The balance of the Motion is **GRANTED**.

3. All claims in the Complaint alleged against Huner and Wellpath are **DISMISSED WITH PREJUDICE.**

4. All official capacity claims and Fourteenth Amendment claims are also **DISMISSED WITH PREJUDICE.**

5. Howard's request for injunctive relief is **DENIED AS MOOT.**

6. Wellpath's Motion to Dismiss based on bankruptcy proceedings (ECF No. 16) is **DENIED AS MOOT**.

7. The Clerk of Court is **DIRECTED** to **TERMINATE** Wellpath and Huner as Defendants in this action.

8. Dr. Letizio shall file a responsive pleading within twenty-one (21) days of the date of this Order as to the remaining claim, which is the Eighth Amendment medical indifference claim against him.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**